**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ALEXANDER ALVAREZ,
Petitioner,
v.
FIDENCIO N. GUZMAN,
Respondent.

No. CV 25-10468-DMG (BFM)

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: September 30, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE